IT IS ORDERED as set forth below:

Date: September 8, 2014

*Susan D. Barrett*
Susan D. Barrett
United States Bankruptcy Judge

___

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Lister W. Harrell
Chapter 7  Case No. 12−30112−SDB
*Debtor(s)*

Lister W. Harrell
Saraland, LLLP,
Paradise Farms, Inc.
*Plaintiff(s)*

vs.

Brett Coleman
Sid Carter,
Sara Harrell,
Donald Helms,
Lynn Sheffield,
Nikki Harrell Mullis
*Defendant(s)*

Adversary Proceeding
No. 14−03008−SDB

### ORDER DISMISSING ADVERSARY PROCEEDING

IT IS HEREBY ORDERED that the above−captioned adversary proceeding is hereby dismissed .

**[END OF DOCUMENT]**

*A-09e[Rev. 07/14]* **MF**